UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRANCISCO ALMONTE and ANTHONY BARONE,

    Plaintiffs,

-against-

CITY OF NEW YORK, POLICE OFFICER TERENCE
O'HARA, TAX REG #9228985, LIEUTENANT JAMES
CAHILL and UNIDENTIFIED NEW YORK CITY
POLICE OFFICERS, EMPLOYERS, and AGENTS,

    Defendants.
---------------------------------------------------------------X

JUDGMENT
03-CV- 5078 (ARR)

    An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 24, 2005, granting the defendants' motion for summary judgment; and and dismissing plaintiff's complaint in its entirety; it is

    ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendant's motion for summary judgment is granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
      May 24, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court